O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1190 AHM (Ex) | Date | February 22, 2011 |
|---|---|---|---|
| Title | U.S. BANK NATIONAL ASSOCIATION v. JULIA CRAWFORD, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

In December 2010, plaintiff U.S. Bank National Association filed an unlawful detainer action in Los Angeles County Superior Court naming Julia Crawford as a defendant. On February 8, 2011, Crawford removed this action to federal court, apparently on the basis of diversity of citizenship.

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams*, 482 U.S. 386 (1987).

Defendant alleges diversity jurisdiction exists under 28 U.S.C. § 1332. Federal diversity jurisdiction demands an amount in controversy exceeding $75,000, and "[t]he amount in controversy is determined from the allegations or prayer of the complaint." William W. Schwarzer, *et al.*, California Practice Guide: Federal Civil Procedure Before Trial (2010), § 2:450 (citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938)). Here, there is no allegation anywhere in the complaint suggesting the amount in controversy exceeds $75,000. Quite the opposite. Plaintiff filed the complaint in California state court as a limited civil case. Jurisdiction in limited civil cases is confined to cases in which the amount of damages demanded is less than $25,000. Cal. Civ. Proc. Code § 86. The complaint's caption states "AMOUNT DEMANDED DOES NOT EXCEED $10,000".

/ / /

/ / /

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1190 AHM (Ex) | Date | February 22, 2011 |
|---|---|---|---|
| Title | U.S. BANK NATIONAL ASSOCIATION v. JULIA CRAWFORD, et al. | | |

    Therefore, there is no basis for diversity jurisdiction.  Accordingly, the Court ORDERS, on its own motion, that this action be remanded to Los Angeles County Superior Court for lack of jurisdiction.

                                                                                    :

                              Initials of Preparer       SMO

**JS-6**